UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ARTHUR ARGUEDAS, BARBARA
ARGUEDAS and HELEN BRANSFORD,

      Plaintiffs,

v.                                            CIV 13-00565 KG/KK

GARRETT SEAWRIGHT, individually
and as DEFENDANT CLASS REPRESENTATIVE
for a Defendant Class of State Farm Agents Licensed
to Sell Automobile Liability Insurance in New Mexico,

      Defendants.

## ORDER REMANDING CASE TO STATE DISTRICT COURT

Having determined this Court lacks subject matter jurisdiction in this lawsuit by a Memorandum Opinion and Order (Doc. 62) entered contemporaneously with this Order of Remand,

IT IS ORDERED that the Clerk shall remand this case to the First Judicial District Court, County of Santa Fe, New Mexico.

_____
UNITED STATES DISTRICT JUDGE

.